Andrew F. Halaby (#017251)
David G. Barker (#024657)
Amanda Z. Weaver (#034644)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: ahalaby@swlaw.com
  dbarker@swlaw.com
  aweaver@swlaw.com

Becca J. Wahlquist (*pro hac vice*)
SNELL & WILMER L.L.P.
Two California Plaza
350 South Grand Avenue, Suite 3100
Los Angeles, California 90071
Telephone: 213.929.2500
Facsimile: 213.929.2525
E-Mail: bwahlquist@swlaw.com

Attorneys for Defendants Isagenix International, LLC and Isagenix Worldwide, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Thompson,<br><br>  Plaintiff,<br><br>  v.<br><br>Isagenix International, LLC, et al.,<br><br>  Defendants. | No. 2:18-CV-04599-PHX-SPL<br><br>**NOTICE OF SERVICE OF DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR PRODUCTION** |

Defendants Isagenix International, LLC and Isagenix Worldwide, Inc. give notice that on March 2, 2020, they served their Responses to Plaintiff's Second Set of Requests for Production on Plaintiff via electronic mail and first-class U.S. Mail.

DATED this 3rd day of March, 2020.

          SNELL & WILMER L.L.P.

By: *s/ Amanda Z. Weaver*
    Andrew F. Halaby
    David G. Barker
    Amanda Z. Weaver
    One Arizona Center
    400 E. Van Buren, Suite 1900
    Phoenix, Arizona 85004-2202

    Becca J. Wahlquist (*pro hac vice*)
    Two California Plaza
    350 South Grand Avenue, Suite 3100
    Los Angeles, California 90071
    Telephone: 213.929.2500
    Facsimile: 213.929.2525
    E-Mail: bwahlquist@swlaw.com

*Attorneys for Defendants Isagenix International, LLC and Isagenix Worldwide, Inc.*

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2020, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants on record.

By: *s/ Pati Zabosky*

4838-3869-6374