# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Thompson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Isagenix International LLC, et al.,<br><br>　　　　Defendants. | NO. CV-18-04599-PHX-SPL<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed March 24, 2020, judgment of dismissal is entered, and the complaint and action are terminated.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　Acting District Court Executive/Clerk of Court

March 24, 2020

　　　　　　　　　　　　　　　　s/ D. Draper
　　　　　　　　　　　　　　By　Deputy Clerk