IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mary Thompson, | No. CV-18-04599-PHX-SPL |
| Plaintiff, | **ORDER** |
| v. | |
| Isagenix International LLC, et al., | |
| Defendants. | |

The Court has received Plaintiff's Rule 59 Motion to Alter or Amend the Judgment (Doc. 58) and Defendants' Response (Doc. 63). To further facilitate consideration of the motion,

**IT IS ORDERED** that Plaintiff may file a reply to the Rule 59 Motion (Doc. 58) no later than **May 18, 2020**.

Dated this 11th day of May, 2020.

Honorable Steven P. Logan
United States District Judge